# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| JULIE E. GARRETT | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 3:10CV00165 SWW |
| PRIME TRANSPORT, INC.; DALBO | * | |
| HOLDINGS, INC.; DALBO, INC., and | * | |
| KYLE STORY | * | |
| | * | |
| | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 29TH DAY OF APRIL, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE